JOHN R. MANNING
Attorney at Law
4005 Manzanita Ave, Ste. 6-8
Carmichael, CA 95608
(916) 444-3994
jmanninglaw@yahoo.com

Attorneys for Defendant
Tanya Duerelle Lawson

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>MULAN PRECIOUS KEOPHIMANH,<br>GUADALUPE MANUEL CERVANTES,<br>　aka "Pep" and<br>TANYA DUERELLE LAWSON,<br><br>　　　　　　　Defendants. | CASE NO.  2:24-CR-00164 DC<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; [PROPOSED] FINDINGS AND ORDER<br><br>DATE:　December 19, 2025<br>TIME:　9:30 a.m.<br>COURT: Hon. Dena M. Coggins |

**STIPULATION**

1. By previous order, this matter was set for status conference on December 19, 2025, before the Honorable Dena M. Coggins.

2. By this stipulation, the parties now move to continue the status conference until February 13, 2026, and to exclude time between December 19, 2025, and February 13, 2026, under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

　a) Discovery associated with this case and produced to date includes reports, photographs, audio and video, and voluminous Title III wire and electronic intercepts, which has been either produced directly to counsel and/or made available for inspection and copying.  (In gross terms, the government has thus far produced 2000[+] pages of pdfs and over 300 native files.)

　b) Additionally, the government is presently in the process of responding to

1  substantial informal discovery requests (which do not overlap) from defendants Lawson and Keophimanh.

2  c)  Counsel for defendants desire additional time to consult with their respective clients, review the current charges, conduct investigation and research related to the charges, to review and copy discovery for this matter, and to otherwise prepare for trial.  Additionally, defense counsel will need additional time to review the materials provided by the government in response to the pending informal discovery requests.  Counsel for the defendants believe that the failure to grant the above-requested continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

d)  The government does not object to the continuance.

e)  Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

f)  For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of December 19, 2025 to and including February 13, 2026, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendants' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4.  Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated:  December 12, 2025          /s/  SHARI RUSK
                                   SHARI RUSK
                                   Counsel for Defendant
                                   MULAN PRECIOUS KEOPHIMANH

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

2

| | |
|---|---|
| Dated:  December 12, 2025 | /s/  PHILLIP COZENS |
| | PHILLIP COZENS |
| | Counsel for Defendant |
| | GUADALUPE MANUEL CERVANTES |
| | |
| Dated:  December 12, 2025 | /s/  JOHN R. MANNING |
| | JOHN R. MANNING |
| | Counsel for Defendant |
| | TANYA D. LAWSON |
| | |
| Dated:  December 12, 2025 | ERIC A. GRANT |
| | United States Attorney |
| | |
| | /s/ JASON HITT |
| | JASON HITT |
| | Assistant United States Attorney |

**ORDER**

The court, having received, read, and considered the parties' stipulation filed on December 12, 2025, and good cause appearing therefrom, APPROVES the stipulation. Accordingly, the Status Conference set for December 19, 2025 is VACATED and RESET for February 13, 2026, at 9:30 a.m. in Courtroom 10 before District Judge Dena M. Coggins. The time period between December 19, 2025 and February 13, 2026, inclusive, is excluded under the Speedy Trial Act pursuant to 18 U.S.C.§ 3161(h)(7)(A), and B(iv) [Local Code T4], as the ends of justice served by granting the continuance outweigh the best interest of the public and the defendants in a speedy trial.

IT IS SO ORDERED.

Dated:   **December 15, 2025**   _____
Dena Coggins
United States District Judge