JOHN R. MANNING
Attorney at Law
4005 Manzanita Ave, Ste. 6-8
Carmichael, CA 95608
(916) 444-3994
jmanninglaw@yahoo.com

Attorneys for Defendant
Tanya Duerelle Lawson

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                           Plaintiff,<br><br>            v.<br><br>MULAN PRECIOUS KEOPHIMANH,<br>GUADALUPE MANUEL CERVANTES,<br>   aka "Pep" and<br>TANYA DUERELLE LAWSON,<br><br>                           Defendants. | CASE NO.  2:24-CR-00164 DC<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; [PROPOSED] FINDINGS AND ORDER<br><br>DATE:    April 3, 2026<br>TIME:     9:30 a.m.<br>COURT:  Hon. Dena M. Coggins |

**STIPULATION**

1.      By previous order, this matter was set for status conference on April 3, 2026, at 9:30 a.m., before the Honorable Dena M. Coggins.

2.      By this stipulation, the parties now move to continue the status conference until June 5, 2026, and to exclude time between April 3, 2026, and June 5, 2026, under Local Code T4.

3.      The parties agree and stipulate, and request that the Court find the following:

        a)      Discovery associated with this case and produced to date includes reports, photographs, audio and video, and voluminous Title III wire and electronic intercepts, which have been either produced directly to counsel and/or made available for inspection and copying. (In gross terms, the government has thus far produced 2000[+] pages of pdfs and over 300 native files.)

        b)      The government is presently in the process of responding to substantial informal discovery requests (which do not overlap) from defendants Ms. Lawson and Ms. Keophimanh.

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

1

(Counsel for Ms. Keophimanh has joined the informal discovery request as to Ms. Lawson.). The government has recently provided, in response to the informal discovery request, additional discovery related to Ms. Keophimanh. Counsel for Ms. Lawson has informally requested voluminous discovery related to the Sacramento County Sheriff's Office detectives, canine and policies involved in the traffic stop of Ms. Lawson.  The government has indicated agents are in the process of gathering documents responsive to the informal discovery related to Ms. Lawson. (To be clear, the government must rely on the Sacramento Sheriff's Office to produce the material requested before it can be provided to counsel for Ms. Lawson.)  Counsel for Ms. Lawson will need additional time once the government provides the requested materials. Additionally, counsel for Ms. Keophimanh needs additional time to review the recently provided materials and to review materials produced by the government in response to Ms. Lawson's informal discovery request.

c)   Counsel for defendants desire additional time to consult with their respective clients, review the current charges, conduct investigation and research related to the charges, to review and copy discovery for this matter, and to otherwise prepare for trial.  Additionally, defense counsel will need additional time to review the materials provided by the government in response to the pending informal discovery requests.  Counsel for the defendants believe that the failure to grant the above-requested continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

d)   The government does not object to the continuance.

e)   Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

f)   For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of April 3, 2026 to and including June 5, 2026, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendants' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

interest of the public and the defendant in a speedy trial.

4.      Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated:  March 25, 2026                              /s/  SHARI RUSK
                                                   SHARI RUSK
                                                   Counsel for Defendant
                                                   MULAN PRECIOUS KEOPHIMANH

Dated:  March 25, 2026                              /s/  PHILLIP COZENS
                                                   PHILLIP COZENS
                                                   Counsel for Defendant
                                                   GUADALUPE MANUEL CERVANTES

Dated:  March 25, 2026                              /s/  JOHN R. MANNING
                                                   JOHN R. MANNING
                                                   Counsel for Defendant
                                                   TANYA D. LAWSON

Dated:  March 25, 2026                              ERIC A. GRANT
                                                   United States Attorney

                                                    /s/ JASON HITT
                                                   JASON HITT
                                                   Assistant United States Attorney

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

3

**ORDER**

IT IS HEREBY ORDERED as to Mulan Precious Keophimanh, Guadalupe Manuel Cervantes, and Tanya Duerelle, the court, having received, read and considered the parties' stipulation filed on March 26, 2026 (Doc. No. 165), and good cause appearing therefrom, APPROVES the parties' stipulation. Accordingly, the Status Conference scheduled for April 3, 2026, is VACATED and RESET for June 5, 2026 at 9:30 a.m. in Courtroom 10 before the Honorable Dena M. Coggins. The court is not inclined to continue the status conference further. The parties should be prepared to go forward on June 5, 2026.

The time period between April 3, 2026 and June 5, 2026, inclusive, is excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act pursuant to 18 U.S.C.§ 3161(h)(7)(A), and B(iv) [Local Code T4], as the ends of justice served by granting the continuance outweigh the best interest of the public and the defendants in a speedy trial.

IT IS SO ORDERED.

Dated:    **March 26, 2026**

_____
Dena Coggins
United States District Judge

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

4