JOHN R. MANNING
Attorney at Law
4005 Manzanita Ave, Ste. 6-8
Carmichael, CA 95608
(916) 444-3994
jmanninglaw@yahoo.com

Attorneys for Defendant
Tanya Duerelle Lawson

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MULAN PRECIOUS KEOPHIMANH,<br>GUADALUPE MANUEL CERVANTES,<br>aka "Pep" and<br>TANYA DUERELLE LAWSON,<br><br>Defendants. | CASE NO. 2:24-CR-00164 DC<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER<br><br>DATE: August 28, 2026<br>TIME: 9:30 a.m.<br>COURT: Hon. Dena M. Coggins |

**STIPULATION**

1. By previous order, this matter was set for status conference on August 28, 2026, at 9:30 a.m., before the Honorable Dena M. Coggins.

a) By this stipulation, the parties now move to vacate the status conference scheduled for August 28, 2026, and set the matter for jury trial on September 13, 2027, at 9:00 a.m. before the Honorable Dena M. Coggins, and to exclude time between August 28, 2026, and September 13, 2027, under Local Code T4. Additionally, the parties request the court set the following schedule for motions and hearings related to the afore requested trial date:

- Trial Confirmation Hearing on August 13, 2027 at 9:30 a.m. before the Honorable Dena M. Coggins;
- Rule 12 motions hearing date on July 9, 2027, at 9:30 a.m., before the Honorable Dena M. Coggins;
- Final Rule 12 briefing due June 25, 2027;

- Rule 12 motion(s) responses dues June 11, 2027;
- Rule 12 motions due May 28, 2027.

2. The parties agree and stipulate, and request that the Court find the following:

a) Discovery associated with this case and produced to date includes reports, photographs, audio and video, and voluminous Title III wire and electronic intercepts, which have been either produced directly to counsel and/or made available for inspection and copying. (In gross terms, the government has thus far produced 2000[+] pages of pdfs and over 300 native files.)

b) Counsel for defendants will use the time between now and the requested trial date to consult with their respective clients, review the current charges, conduct investigation and research related to the charges, review discovery for this matter, and to otherwise prepare for trial. Counsel for the defendants believe that the failure to grant the above-requested continuance and trial setting would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.[1]

c) The government does not object to the continuance.

d) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

e) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of August 28, 2026 to and including September 13, 2027, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendants' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

3. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which

[1] Counsel for defendants KEOPHIMANH and LAWSON anticipate filing a separate briefing schedule related to motions to suppress evidence obtained during separate vehicle stops involving their respective clients.

a trial must commence.

IT IS SO STIPULATED.

Dated: August 25, 2026

/s/ SHARI RUSK
SHARI RUSK
Counsel for Defendant
MULAN PRECIOUS KEOPHIMANH

Dated: August 25, 2026

/s/ PHILLIP COZENS
PHILLIP COZENS
Counsel for Defendant
GUADALUPE MANUEL CERVANTES

Dated: August 25, 2026

/s/ JOHN R. MANNING
JOHN R. MANNING
Counsel for Defendant
TANYA D. LAWSON

Dated: August 25, 2026

ERIC A. GRANT
United States Attorney

/s/ JASON HITT
JASON HITT
Assistant United States Attorney

**ORDER**

IT IS HEREBY ORDERED as to Mulan Precious Keophimanh, Guadalupe Manuel Cervantes, and Tanya Duerelle Lawson, the court, having received, read, and considered the parties' stipulation filed on August 25, 2026 (Doc. No. 191), and good cause appearing therefrom, APPROVES the parties' stipulation.

Accordingly, the Status Conference set for August 28, 2026 is VACATED; a Jury Trial is SET for September 13, 2027, at 9:00 a.m.; a Trial Confirmation Hearing is SET for August 13, 2027, at 9:30 a.m.; Final Rule 12 Motion(s) shall be filed no later than May 28, 2027, and be noticed for hearing on July 9, 2027 at 9:30 a.m., Opposition or Statement of Non-Oppositions to the Rule 12 Motion(s) shall be filed by June 11, 2027, and Replies shall be filed by June 25, 2027. All hearings will be held before the Honorable Dena M. Coggins.

The time period between August 28, 2026 and September 13, 2027, inclusive, is excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) [Local Code T4], as the ends of justice served by granting the continuance outweigh the best interest of the public and the defendants in a speedy trial.

IT IS SO ORDERED.

Dated: **August 26, 2026**

Dena Coggins
United States District Judge